UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISEL PEREZ, *individually, and successor in interest to Decedent Jacob Apodaca*,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>Defendants. | Case No.   1:23-cv-00864-JLT-EPG<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

Plaintiff Marisel Perez ("Plaintiff") brings claims both individually and as successor in interest for violations of civil rights arising from the death of her son, Jason Apodaca ("Decedent") pursuant to 42 U.S.C. § 1983 and state law. (ECF No. 1).

This case was originally administratively designated as 440 Civil Rights: Other. However, a review of the complaint indicates that the present action involves survival claims for violations of federal civil rights and state law that occurred while Decedent was confined as a pretrial detainee. The administrative designation should therefore be updated to 550 Civil Rights.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 440 Civil Rights: Other to 550 Civil Rights and;

//

1

2. The case number in this action shall be updated as follows: Case No. 1:23-cv-00864-JLT-EPG (PC).

IT IS SO ORDERED.

Dated:  **June 8, 2023**                        /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2